ANNA KLARKIS, Appellant, v. JOSEPH KLARKIS, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Respondent, v. LIBBY STARR, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

O'ROURKE ENGINEERING CONSTRUCTION COMPANY and DUIT, INC., Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion to sever action and to amend complaint denied, with ten dollars costs. Such an application, if necessary, should be made at Special Term. The motion for leave to appeal to the Court of Appeals is denied. We reversed as to both plaintiffs, and as to one of them we dismissed the complaint. Plaintiffs can appeal to the Court of Appeals without leave. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Petition of STATE DEPARTMENT OF PUBLIC WORKS under Section 91 of the Railroad Law,█ etc. (Delafield Street.) THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant; STATE DEPARTMENT OF PUBLIC WORKS, DIVISION OF HIGHWAYS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ETHEL R. PRAGER, Respondent, v. HARRY L. TOPLITZ, etc., and Others, Appellants, and SAMSON L. TOPLITZ and BETTY M. HILBORN, as Executors, etc., and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.